IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

JUSTIN LAYTON, )
 )
    Plaintiff, )
 )
vs. ) Case No.: 4:22-CV-00202-SRB
 )
CITY OF INDEPENDENCE, MISSOURI, et al., )
 )
    Defendants. )

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

COME NOW the parties, by and through their undersigned counsel of record, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby stipulate to the dismissal without prejudice of this lawsuit. The parties further stipulate that they shall each bear their own costs and expenses incurred in the prosecution and/or defense of this matter.

    Respectfully submitted,

    /s/ Benjamin Stelter-Embry
Benjamin Stelter-Embry     #65404
Protzman Law Firm, LLC
4001 W. 114th St., Suite 110
Leawood, KS 66211
ben@protzmanlaw.com
Phone: (816) 421-5100; Fax (816) 421-5105
***Attorneys for Plaintiff***

/s/ David S. Baker
_____

| | |
|---|---:|
| David S. Baker | #30347 |
| Kenneth J. Berra | #28620 |
| Nichole A. Caldwell | #67475 |

Fisher, Patterson, Sayler & Smith, LLP
9393 W. 110th Street, Suite 300
Building 51, Corporate Woods
Overland Park, KS 66210
DBaker@fpsslaw.com
KBerra@fpsslaw.com
NCaldwell@fpsslaw.com
Phone: (913) 339-6757; Fax: (913) 660-7919
***Attorneys for Defendants***